ELIAS WILLNER, Respondent, *v.* MARLBORO SYNDICATE, INC., Appellant.

(Submitted March 3, 1933; decided April 11, 1933.)

*Leo C. Weiler* and *William E. Lowther* for appellant.

*Samuel Weiss, Jay S. Jones* and *Arthur H. Love* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE, LEHMAN and HUBBS, JJ.